# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Kevin P Stoltz  
           Debtor(s)

CHAPTER 13

BKY. NO. 19-70358 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of COLONIAL SAVINGS F.A. and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*  
Denise Carlon  
03 Jan 2024, 18:23:24, EST

Brian C. Nicholas, Esq. (317240) ☐  
Denise Carlon, Esq. (317226) ☑  
KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
412-430-3594  
bkgroup@kmllawgroup.com

Document ID: ca986babc8ec4a0b3d031fbbdb1e2f0d2240b77d4f73d37c2db344486ecc3f08