FILED
1/25/24 2:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| CASES INVOLVING | * | Misc. Case No. 24-202-GLT |
| **PRESTON D. JAQUISH, ESQUIRE**, | * | |
| | * | All Chapters |
| | * | |
| ************************************ | * | |
| PRESTON D. JAQUISH, ESQUIRE, | * | |
| McGRATH McCALL, P.C., | * | Related to Docket No. 2 |
| | * | |
| Movants, | * | |
| | * | |
| v. | * | |
| | * | |
| NO RESPONDENT, | * | |
| | * | |
| Respondent(s). | * | |

## ORDER OF COURT

AND NOW, upon consideration of the Joint Omnibus Motion to Withdraw or Substitute Appearance of Preston D. Jaquish, Esquire, of McGrath McCall, P.C., it is hereby ORDERED that the Motion is GRANTED. The appearance of Preston D. Jaquish, Esquire, is withdrawn and the appearance of Gary W. Darr, Esquire of McGrath McCall, P.C., is entered as counsel of record for the parties formerly represented by Preston D. Jaquish, Esquire, in the list of cases attached to the Motion as Exhibit "1".

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court