# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

04/03/2024

IN RE:

| | |
|---|---|
| KEVIN P STOLTZ | Case No.19-70358 JAD |
| 123 BECKER ROAD | |
| BELLWOOD,  PA  16617 | Chapter 13 |
| XXX-XX-3728          Debtor(s) | |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/3/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  0659 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  AEO/PRAE | |

| | | |
|---|---|---|
| **AMERICAN HONDA FINANCE CORP\*** | Trustee Claim Number:2  INT %: 6.00% | CRED DESC:  SECURED CREDITOR |
| NATIONAL BANKRUPTCY CENTER | Court Claim Number:2 | ACCOUNT NO.:  7119 |
| POB 168088 | | |
| | CLAIM:  9,565.77 | |
| IRVING, TX  75016-8088 | COMMENT:  $CL2GOV@6%/PL*910CLM/PL | |

| | | |
|---|---|---|
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON** | Trustee Claim Number:3  INT %: 6.00% | CRED DESC:  VEHICLE |
| C/O AIS PORTFOLIO SERVICES LP | Court Claim Number:3 | ACCOUNT NO.:  8032 |
| PO BOX 4360 | | |
| | CLAIM:  4,654.24 | |
| HOUSTON, TX  77210 | COMMENT:  $CL3GOV@6%/PL*910CLM/PL | |

| | | |
|---|---|---|
| **COLONIAL SAVINGS FA** | Trustee Claim Number:4  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| 2626 W FREEWAY | Court Claim Number:17 | ACCOUNT NO.:  0629 |
| | CLAIM:  0.00 | |
| FORT WORTH, TX  76102 | COMMENT:  CL17GOV*428@COLONIAL MTG/PL*415.49 X (60+2)=LMT*$0ARRS/PL*BGN 7/19 | |

| | | |
|---|---|---|
| **FIRST COMMONWEALTH BANK(\*)** | Trustee Claim Number:5  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| POB 400* | Court Claim Number:9 | ACCOUNT NO.:  0688 |
| | CLAIM:  0.00 | |
| INDIANA, PA  15701 | COMMENT:  CL9GOV*472/PL*458.53X60+2=LMT*$0ARRS/PL*BGN 7/19 | |

| | | |
|---|---|---|
| **PERITUS PORTFOLIO SERVICES\*** | Trustee Claim Number:6  INT %: 6.00% | CRED DESC:  VEHICLE |
| PO BOX 141419 | Court Claim Number:6 | ACCOUNT NO.:  1382 |
| | CLAIM:  24,806.33 | |
| IRVING, TX  75014-1419 | COMMENT:  $CL6GOV@6%/PL*910CLM/PL*FR 1ST NTL BNK-DOC 35 | |

| | | |
|---|---|---|
| **BLAIR COUNTY DOM RLTNS OFC\*\*** | Trustee Claim Number:7  INT %: 0.00% | CRED DESC:  SUPPORT/ALIMONY CONT. |
| 423 ALLEGHENY ST STE 327 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| HOLLIDAYSBURG, PA  16648 | COMMENT:  ND DSO INFO/SCH | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:8  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:24 | ACCOUNT NO.:  4821 |
| | CLAIM:  1,551.42 | |
| NORFOLK, VA  23541 | COMMENT:  AMERICAN EAGLE/SYNCHRONY | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:9  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:27 | ACCOUNT NO.:  0659 |
| | CLAIM:  7,581.18 | |
| NORFOLK, VA  23541 | COMMENT:  AMERICAN EAGLE/SYNCHRONY | |

| | | |
|---|---|---|
| **AMERICAN EXPRESS NATIONAL BANK** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET AND LEE LLP | Court Claim Number:11 | ACCOUNT NO.:  1004 |
| PO BOX 3001 | | |
| | CLAIM:  5,355.72 | |
| MALVERN, PA  19355-0701 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **AMERICAN EXPRESS NATIONAL BANK** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O BECKET AND LEE LLP | Court Claim Number:12 | ACCOUNT NO.: 1005 |
| PO BOX 3001 | | |
| | CLAIM: 9,520.81 | |
| MALVERN, PA 19355-0701 | COMMENT: | |

| | | |
|---|---|---|
| **AMERICAN PRIDE CREDIT UNION** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1431 VALLEY VIEW BLVD | Court Claim Number:8 | ACCOUNT NO.: 7304 |
| | CLAIM: 1,868.13 | |
| ALTOONA, PA 16602 | COMMENT: | |

| | | |
|---|---|---|
| **AMERICAN PRIDE CREDIT UNION** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1431 VALLEY VIEW BLVD | Court Claim Number:5 | ACCOUNT NO.: 5907 |
| | CLAIM: 2,760.30 | |
| ALTOONA, PA 16602 | COMMENT: X7016/SCH | |

| | | |
|---|---|---|
| **ARC FEDERAL CREDIT UNION** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1919 7TH AVENUE | Court Claim Number:7 | ACCOUNT NO.: 3728 |
| | CLAIM: 5,114.60 | |
| ALTOONA, PA 16602 | COMMENT: X8038/SCH | |

| | | |
|---|---|---|
| **AT & T MOBILITY II LLC** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O AT & T SERVICES INC | Court Claim Number:14 | ACCOUNT NO.: 3322 |
| ONE AT & T WAY RM 3A104 | | |
| | CLAIM: 1,694.31 | |
| BEDMINSTER, NJ 07921 | COMMENT: | |

| | | |
|---|---|---|
| **BANK OF AMERICA NA\*\*** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 660933 | Court Claim Number: | ACCOUNT NO.: 7524 |
| | CLAIM: 0.00 | |
| DALLAS, TX 75266 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:31 | ACCOUNT NO.: 7791 |
| | CLAIM: 1,641.17 | |
| NORFOLK, VA 23541 | COMMENT: BARCLAYS | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:30 | ACCOUNT NO.: 4306 |
| | CLAIM: 2,511.88 | |
| NORFOLK, VA 23541 | COMMENT: BARCLAYS | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:19 | ACCOUNT NO.: 7757 |
| | CLAIM: 711.88 | |
| KIRKLAND, WA 98083-0788 | COMMENT: BOSCOVS | |

| | | |
|---|---|---|
| **CHRYSLER CREDIT** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| P.O. BOX 9218 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| FARMINGTON, MI 48333 | COMMENT: NT ADR/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:21 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:15 | ACCOUNT NO.:  6780 |
| PO BOX 10587 | | |
| | CLAIM:  4,203.96 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CITIBANK | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:22 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:29 | ACCOUNT NO.:  5029 |
| | CLAIM:  11,220.30 | |
| NORFOLK, VA  23541 | COMMENT:  DICKS*SYNCHRONY BANK | |

| | | |
|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:23 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:1 | ACCOUNT NO.:  0332 |
| PO BOX 3025 | | |
| | CLAIM:  6,268.20 | |
| NEW ALBANY, OH  43054-3025 | COMMENT: | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** | Trustee Claim Number:24 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:21 | ACCOUNT NO.:  1959 |
| | CLAIM:  958.38 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  EXPRESS | |

| | | |
|---|---|---|
| **CREDIT FIRST NA*** | Trustee Claim Number:25 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| BK 13 CREDIT OPERATIONS* | Court Claim Number:18 | ACCOUNT NO.:  3728 |
| POB 818011* | | |
| | CLAIM:  2,430.55 | |
| CLEVELAND, OH  44181-8011 | COMMENT:  X2402/SCH*FIRESTONE | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:26 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:32 | ACCOUNT NO.:  4157 |
| | CLAIM:  5,777.63 | |
| NORFOLK, VA  23541 | COMMENT:  THD/CITIBANK | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:27 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:25 | ACCOUNT NO.:  8354 |
| | CLAIM:  1,513.91 | |
| NORFOLK, VA  23541 | COMMENT:  X3541/SCH*JCP | |

| | | |
|---|---|---|
| **CVI SGP ACQUISITION TRUST** | Trustee Claim Number:28 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:23-2 | ACCOUNT NO.:  7382 |
| PO BOX 10587 | | |
| | CLAIM:  8,807.59 | |
| GREENVILLE, SC  29603 | COMMENT:  STERLING JEWELERS~KAY*AMD | |

| | | |
|---|---|---|
| **CAPITAL ONE NA**** | Trustee Claim Number:29 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:13 | ACCOUNT NO.:  2610 |
| PO BOX 3001 | | |
| | CLAIM:  468.65 | |
| MALVERN, PA  19355-0701 | COMMENT:  NO ACCT/SCH*KOHLS | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:30 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:26 | ACCOUNT NO.:  0355 |
| | CLAIM:  8,646.94 | |
| NORFOLK, VA  23541 | COMMENT:  LOWES/SYNCHRONY | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:22 | ACCOUNT NO.: 5871 |
| PO BOX 657 | | |
| | CLAIM: 2,768.63 | |
| KIRKLAND, WA 98083-0657 | COMMENT: MACYS | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:28 | ACCOUNT NO.: 0071 |
| | CLAIM: 5,866.39 | |
| NORFOLK, VA 23541 | COMMENT: MC/SYNCHRONY BANK | |

| | | |
|---|---|---|
| **ONE MAIN FINANCIAL GROUP LLC(*)** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 3251 | Court Claim Number:10 | ACCOUNT NO.: 5046 |
| | CLAIM: 12,233.52 | |
| EVANSVILLE, IN 47731-3251 | COMMENT: LOAN DOCS SIGNED@SEAL 1/3/18 | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:34 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:4 | ACCOUNT NO.: 2329 |
| PO BOX 10587 | | |
| | CLAIM: 22,671.10 | |
| GREENVILLE, SC 29603-0587 | COMMENT: SOFI LENDING | |

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE AS AGENT** | Trustee Claim Number:35 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:16 | ACCOUNT NO.: 0001 |
| | CLAIM: 190.72 | |
| HOUSTON, TX 77210-4457 | COMMENT: OPEN 9/1/17*LAST TRANSACTION 1/6/19 | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK** | Trustee Claim Number:36 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:20 | ACCOUNT NO.: 8337 |
| | CLAIM: 570.13 | |
| KIRKLAND, WA 98083-0788 | COMMENT: VCTR SCRT | |

| | | |
|---|---|---|
| **CHRYSLER CREDIT** | Trustee Claim Number:37 INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| P.O. BOX 9218 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| FARMINGTON, MI 48333 | COMMENT: NT PROV/PL*NT ADR~NO$/SCH G | |

| | | |
|---|---|---|
| **MICHAEL MCCRACKEN** | Trustee Claim Number:38 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 109 RACETRACK LN | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| BEAVER SPRINGS, PA 17812 | COMMENT: /SCH G | |

| | | |
|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** | Trustee Claim Number:39 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | | |
| | CLAIM: 0.00 | |
| OKLAHOMA CITY, OK 73118 | COMMENT: CAP 1 AUTO/PRAE | |

| | | |
|---|---|---|
| **MCGRATH MCCALL PC** | Trustee Claim Number:40 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| FOUR GATEWAY CENTER STE 1340 | Court Claim Number: | ACCOUNT NO.: |
| 444 LIBERTY AVE | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15222 | COMMENT: FIRST CMMNWLTH BANK/PRAE | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **RICHARD M SQUIRE & ASSOCIATES** | Trustee Claim Number:41 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 115 WEST AVENUE STE 104 | Court Claim Number: | ACCOUNT NO.: |
| | | |
| | CLAIM: 0.00 | |
| JENKINTOWN, PA 19046 | COMMENT: COLONIAL SAVINGS/PRAE | |

| | | |
|---|---|---|
| **FIRST COMMONWEALTH BANK(*)** | Trustee Claim Number:42 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| POB 400* | Court Claim Number:9 | ACCOUNT NO.: 0688 |
| | | |
| | CLAIM: 369.42 | |
| INDIANA, PA 15701 | COMMENT: CL9GOV*$0ARRS/PL*THRU 6/19 | |

| | | |
|---|---|---|
| **COLONIAL SAVINGS FA** | Trustee Claim Number:43 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| 2626 W FREEWAY | Court Claim Number:17 | ACCOUNT NO.: 0629 |
| | | |
| | CLAIM: 896.42 | |
| FORT WORTH, TX 76102 | COMMENT: CL17GOV*$0ARRS/PL*THRU 6/19 | |

| | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:44 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19106 | COMMENT: COLONIAL SAVINGS FA/PRAE | |