UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  KEVIN P STOLTZ<br><br>            Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>      vs.<br>KEVIN P STOLTZ<br><br>           Respondents | Case No.19-70358JAD<br><br>Chapter 13<br><br>Document No. 45<br><br>FILED<br>6/27/24 1:41 pm<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  27TH  day of  JUNE , 20 24 , it is hereby ORDERED, ADJUDGED, and DECREED that,

United Parcel Service
Attn: Payroll Manager
1821 Beaver Ave
Pittsburgh, PA 15233

is hereby ordered to immediately terminate the attachment of the wages of KEVIN P STOLTZ, social security number XXX-XX-3728.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of KEVIN P STOLTZ.

BY THE COURT:

_____
jsf
UNITED STATES BANKRUPTCY JUDGE

JEFFERY A. DELLER

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70358-JAD |
| Kevin P Stoltz | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 27, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kevin P Stoltz, 123 Becker Road, Bellwood, PA 16617-2205 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2024              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Colonial Savings  F.A. blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Chandra Marie Arkema | on behalf of Creditor Colonial Savings  F.A. tuhawkeye@msn.com, carkema@squirelaw.com |
| Denise Carlon | on behalf of Creditor Colonial Savings  F.A. dcarlon@kmllawgroup.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Michael John Clark | on behalf of Creditor Colonial Savings  F.A. mclark@squirelaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| District/off: 0315-7 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Terry L. Graffius
    on behalf of Debtor Kevin P Stoltz tgraffius@lhrklaw.com mbotteicher@lhrklaw.com

TOTAL: 8