Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kevin P Stoltz**
Debtor(s)

Bankruptcy Case No.: 19−70358−JAD

Chapter: 13
Docket No.: 49 − 48

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 27th of August, 2024, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/21/24.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **10/29/24 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/21/24.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70358-JAD |
| Kevin P Stoltz | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 27, 2024 | Form ID: 408 | Total Noticed: 59 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin P Stoltz, 123 Becker Road, Bellwood, PA 16617-2205 |
| cr | + | Colonial Savings, F.A., 262B West Freeway, Fort Worth, TX 76108 |
| 15069793 | + | American Pride Credit Union, 1431 Valley View Blvd., Altoona, PA 16602-6081 |
| 15069799 | + | Blair County Domestic Relations, 423 Allegheny Street, Suite 327, Hollidaysburg, PA 16648-2046 |
| 15069804 | | Colonial Mortgage, P.O. Box 2988, Fort Worth, TX 76113-2988 |
| 15083243 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 28 2024 00:00:35 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2024 00:01:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15075766 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 27 2024 23:45:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 15069794 | + | Email/Text: DDREXLER@ARCFCU.ORG | Aug 27 2024 23:42:00 | ARC Federal Credit Union, 1919 7th Ave., Altoona, PA 16602-2237 |
| 15069795 | + | Email/Text: g17768@att.com | Aug 27 2024 23:43:00 | AT&T, P.O. Box 6416, Carol Stream, IL 60197-6416 |
| 15101813 | + | Email/Text: g17768@att.com | Aug 27 2024 23:43:00 | AT&T Mobility II LLC, % AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 15069788 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:00:32 | American Eagle, c/o Synchrony Bank, 170 West Election Road, Suite 125, Draper, UT 84020-6425 |
| 15069789 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:01:47 | American Eagle Visa, c/o Synchrony Bank, 170 West Election Road, Suite 125, Draper, UT 84020-6425 |
| 15069790 | | Email/PDF: bncnotices@becket-lee.com | Aug 27 2024 23:41:15 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 15085257 | | Email/PDF: bncnotices@becket-lee.com | Aug 27 2024 23:40:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15069791 | | Email/PDF: bncnotices@becket-lee.com | Aug 27 2024 23:41:56 | American Express Platinum, P.O. Box 1270, Newark, NJ 07101-1270 |
| 15069792 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 27 2024 23:45:00 | American Honda Motor Co., Inc., 1919 Torrance Blvd., Torrance, CA 90501-2746 |

Case 19-70358-JAD  Doc 51  Filed 08/29/24  Entered 08/30/24 00:31:09  Desc Imaged
Certificate of Notice  Page 3 of 5

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 27, 2024 | Form ID: 408 | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| 15069796 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 27 2024 23:42:00 | Bank of America, P.O. Box 982234, El Paso, TX 79998-2234 |
| 15069797 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 27 2024 23:44:00 | Barclay Mastercard, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 15069798 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 27 2024 23:44:00 | Barclay Visa, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 15069800 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2024 23:44:00 | Boscovs, c/o Comenity Bank, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 15102774 | | Email/Text: BKPT@cfna.com | Aug 27 2024 23:42:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OH 44181-8011 |
| 15130218 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2024 00:00:50 | CVI SGP Acquisition Trust, PO Box 10587, Greenville, SC 29603-0587 |
| 15108385 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2024 23:41:57 | CVI SGP-CO Acquisition Trust, PO Box 10587, Greenville, SC 29603-0587 |
| 15075840 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 28 2024 00:02:33 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15069801 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2024 23:41:07 | Capital One Bank, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15101765 | | Email/PDF: bncnotices@becket-lee.com | Aug 27 2024 23:42:01 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15069802 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 27 2024 23:45:00 | Chrysler Credit, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 15069803 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:00:48 | Citibank Mastercard, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 15101908 | + | Email/Text: bankruptcydesk@colonialsavings.com | Aug 27 2024 23:45:00 | Colonial Savings, F.A., 2626B West Freeway, Fort Worth, TX 76102-7109 |
| 15107908 | | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2024 23:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15069805 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:01:47 | Dick's Sporting Goods, c/o Synchrony Bank, 170 West Election Road, Suite 125, Draper, UT 84020-6425 |
| 15074260 | | Email/Text: mrdiscen@discover.com | Aug 27 2024 23:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15069806 | + | Email/Text: mrdiscen@discover.com | Aug 27 2024 23:42:00 | Discover Card, P.O. Box 30666, Salt Lake City, UT 84130-0666 |
| 15069807 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2024 23:44:00 | Express, c/o Comenity Bank, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 15069808 | | Email/Text: BKPT@cfna.com | Aug 27 2024 23:42:00 | Firestone, c/o Credit First, P.O. Box 81344, Cleveland, OH 44188-0344 |
| 15083243 | ^ | MEBN | Aug 27 2024 23:35:26 | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15069809 | + | Email/Text: SAABankruptcy@fcbanking.com | Aug 27 2024 23:43:00 | First Commonwealth Bank, 601 Philadelphia Street, Indiana, PA 15701-3952 |
| 15076621 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 27 2024 23:43:00 | First National Bank of Pennsylvania, 4140 E. State St., Hermitage, PA 16148-3401 |
| 15069810 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 27 2024 23:43:00 | First National Bank of Pennsylvania, Attn: Legal Dept., 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15069811 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:01:49 | Home Depot Credit Services, c/o Citibank, P.O. Box 9001037, Louisville, KY 40290-1037 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15069812 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:02:21 | JC Penny, c/o Synchrony Bank, 170 West Election Road, Suite 125, Draper, UT 84020-6425 |
| 15069813 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 27 2024 23:45:00 | Kay's Jewelry, c/o Genesis Financial, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 15069814 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 27 2024 23:42:00 | Kohls Department Store, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 15076589 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2024 23:41:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15069815 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:01:57 | Lowes, c/o Synchrony Bank, 170 West Election Road, Suite 125, Draper, UT 84020-6425 |
| 15069816 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:00:57 | Macy's, c/o Citibank, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 15069817 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:02:31 | Mastercard, c/o Synchrony Bank, 170 West Election Road, Suite 125, Draper, UT 84020-6425 |
| 15069818 | | Email/PDF: cbp@omf.com | Aug 27 2024 23:40:04 | One Main Financial, P.O. Box 64, Evansville, IN 47701-0064 |
| 15083619 | + | Email/PDF: cbp@omf.com | Aug 27 2024 23:41:45 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15318993 | | Email/Text: peritus@ebn.phinsolutions.com | Aug 27 2024 23:45:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15109054 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2024 00:02:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15104892 | | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2024 23:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15104891 | | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2024 23:44:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15069819 | | Email/PDF: SoFiBKNotifications@resurgent.com | Aug 28 2024 00:01:47 | Sofi Lending, P.O. Box 654158, Dallas, TX 75265-4158 |
| 15070678 | ^ | MEBN | Aug 27 2024 23:37:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15101884 | | Email/PDF: ebn_ais@aisinfo.com | Aug 27 2024 23:41:15 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15069820 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 27 2024 23:42:00 | Verizon Wireless, ATTN: Bankruptcy Administration, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 15069821 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2024 23:44:00 | Victoria's Secret, c/o Comenity Bank, P.O. Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 54

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| cr | * | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15087900 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brent J. Lemon | on behalf of Creditor Colonial Savings F.A. blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Chandra Marie Arkema | on behalf of Creditor Colonial Savings F.A. tuhawkeye@msn.com, carkema@squirelaw.com |
| Denise Carlon | on behalf of Creditor Colonial Savings F.A. dcarlon@kmllawgroup.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Michael John Clark | on behalf of Creditor Colonial Savings F.A. mclark@squirelaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Terry L. Graffius | on behalf of Debtor Kevin P Stoltz tgraffius@lhrklaw.com mbotteicher@lhrklaw.com |

TOTAL: 8