**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KEVIN P STOLTZ<br><br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>      vs.<br>No Respondents. | Case No.:19-70358 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/13/2019 and confirmed on 7/24/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 112,952.85 |
| Less Refunds to Debtor | 2,320.50 | |
| TOTAL AMOUNT OF PLAN FUND | | 110,632.35 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,310.00 | |
|   Trustee Fee | 5,473.04 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,783.04 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   COLONIAL SAVINGS FA | 0.00 | 28,616.94 | 0.00 | 28,616.94 |
|     Acct: 0629 | | | | |
|   FIRST COMMONWEALTH BANK(*) | 0.00 | 27,970.33 | 0.00 | 27,970.33 |
|     Acct: 0688 | | | | |
|   FIRST COMMONWEALTH BANK(*) | 369.42 | 369.42 | 0.00 | 369.42 |
|     Acct: 0688 | | | | |
|   COLONIAL SAVINGS FA | 896.42 | 896.42 | 0.00 | 896.42 |
|     Acct: 0629 | | | | |
|   AMERICAN HONDA FINANCE CORP* | 9,565.77 | 9,565.77 | 1,129.75 | 10,695.52 |
|     Acct: 7119 | | | | |
|   CAPITAL ONE AUTO FINANCE - DIV CAPIT | 4,654.24 | 4,654.24 | 527.89 | 5,182.13 |
|     Acct: 8032 | | | | |
|   PERITUS PORTFOLIO SERVICES* | 24,806.33 | 24,806.33 | 4,312.22 | 29,118.55 |
|     Acct: 1382 | | | | |
| | | | | 102,849.31 |
| **Priority** | | | | |
|   TERRY L GRAFFIUS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KEVIN P STOLTZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KEVIN P STOLTZ | 1,476.37 | 1,476.37 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KEVIN P STOLTZ | 844.13 | 844.13 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LEVENTRY HASCHAK & RODKEY LLC | 1,310.00 | 1,310.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LEVENTRY HASCHAK & RODKEY LLC | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BLAIR COUNTY DOM RLTNS OFC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRYSLER CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

\*\*\*N O N E\*\*\*

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 1,551.42 | 0.00 | 0.00 | 0.00 |
| | Acct: 4821 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 7,581.18 | 0.00 | 0.00 | 0.00 |
| | Acct: 0659 | | | | |
| | AMERICAN EXPRESS NATIONAL BANK | 5,355.72 | 0.00 | 0.00 | 0.00 |
| | Acct: 1004 | | | | |
| | AMERICAN EXPRESS NATIONAL BANK | 9,520.81 | 0.00 | 0.00 | 0.00 |
| | Acct: 1005 | | | | |
| | AMERICAN PRIDE CREDIT UNION | 1,868.13 | 0.00 | 0.00 | 0.00 |
| | Acct: 7304 | | | | |
| | AMERICAN PRIDE CREDIT UNION | 2,760.30 | 0.00 | 0.00 | 0.00 |
| | Acct: 5907 | | | | |
| | ARC FEDERAL CREDIT UNION | 5,114.60 | 0.00 | 0.00 | 0.00 |
| | Acct: 3728 | | | | |
| | AT & T MOBILITY II LLC | 1,694.31 | 0.00 | 0.00 | 0.00 |
| | Acct: 3322 | | | | |
| | BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7524 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 1,641.17 | 0.00 | 0.00 | 0.00 |
| | Acct: 7791 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 2,511.88 | 0.00 | 0.00 | 0.00 |
| | Acct: 4306 | | | | |
| | QUANTUM3 GROUP LLC - AGENT COMEN | 711.88 | 0.00 | 0.00 | 0.00 |
| | Acct: 7757 | | | | |
| | CHRYSLER CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LVNV FUNDING LLC | 4,203.96 | 0.00 | 0.00 | 0.00 |
| | Acct: 6780 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 11,220.30 | 0.00 | 0.00 | 0.00 |
| | Acct: 5029 | | | | |
| | DISCOVER BANK(*) | 6,268.20 | 0.00 | 0.00 | 0.00 |
| | Acct: 0332 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 958.38 | 0.00 | 0.00 | 0.00 |
| | Acct: 1959 | | | | |
| | CREDIT FIRST NA* | 2,430.55 | 0.00 | 0.00 | 0.00 |
| | Acct: 3728 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 5,777.63 | 0.00 | 0.00 | 0.00 |
| | Acct: 4157 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 1,513.91 | 0.00 | 0.00 | 0.00 |
| | Acct: 8354 | | | | |
| | CVI SGP ACQUISITION TRUST | 8,807.59 | 0.00 | 0.00 | 0.00 |
| | Acct: 7382 | | | | |
| | CAPITAL ONE NA** | 468.65 | 0.00 | 0.00 | 0.00 |
| | Acct: 2610 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 8,646.94 | 0.00 | 0.00 | 0.00 |
| | Acct: 0355 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 2,768.63 | 0.00 | 0.00 | 0.00 |
| | Acct: 5871 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 5,866.39 | 0.00 | 0.00 | 0.00 |
| | Acct: 0071 | | | | |
| | ONE MAIN FINANCIAL GROUP LLC(*) | 12,233.52 | 0.00 | 0.00 | 0.00 |
| | Acct: 5046 | | | | |
| | LVNV FUNDING LLC | 22,671.10 | 0.00 | 0.00 | 0.00 |
| | Acct: 2329 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 190.72 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 570.13 | 0.00 | 0.00 | 0.00 |
| | Acct: 8337 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0659 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    MICHAEL MCCRACKEN | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    MCGRATH MCCALL PC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    RICHARD M SQUIRE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |

\*\*\*N O N E\*\*\*

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 102,849.31 |
|   TOTAL CLAIMED | |
|   PRIORITY | 0.00 |
|   SECURED | 40,292.18 |
|   UNSECURED | 134,908.00 |

Date: 08/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
  KEVIN P STOLTZ

        Debtor(s)

  Ronda J. Winnecour
          Movant
        vs.
  No Repondents.

Case No.:19-70358 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kevin P Stoltz  
    Debtor

Case No. 19-70358-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 4  
Date Rcvd: Aug 27, 2024      Form ID: pdf900      Total Noticed: 59

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin P Stoltz, 123 Becker Road, Bellwood, PA 16617-2205 |
| cr | + | Colonial Savings, F.A., 262B West Freeway, Fort Worth, TX 76108 |
| 15069793 | + | American Pride Credit Union, 1431 Valley View Blvd., Altoona, PA 16602-6081 |
| 15069799 | + | Blair County Domestic Relations, 423 Allegheny Street, Suite 327, Hollidaysburg, PA 16648-2046 |
| 15069804 | | Colonial Mortgage, P.O. Box 2988, Fort Worth, TX 76113-2988 |
| 15083243 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 27 2024 23:40:45 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2024 00:01:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15075766 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 27 2024 23:45:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 15069794 | + | Email/Text: DDREXLER@ARCFCU.ORG | Aug 27 2024 23:42:00 | ARC Federal Credit Union, 1919 7th Ave., Altoona, PA 16602-2237 |
| 15069795 | + | Email/Text: g17768@att.com | Aug 27 2024 23:43:00 | AT&T, P.O. Box 6416, Carol Stream, IL 60197-6416 |
| 15101813 | + | Email/Text: g17768@att.com | Aug 27 2024 23:43:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 15069788 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 23:41:05 | American Eagle, c/o Synchrony Bank, 170 West Election Road, Suite 125, Draper, UT 84020-6425 |
| 15069789 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 23:40:05 | American Eagle Visa, c/o Synchrony Bank, 170 West Election Road, Suite 125, Draper, UT 84020-6425 |
| 15069790 | | Email/PDF: bncnotices@becket-lee.com | Aug 27 2024 23:42:00 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 15085257 | | Email/PDF: bncnotices@becket-lee.com | Aug 28 2024 00:00:46 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15069791 | | Email/PDF: bncnotices@becket-lee.com | Aug 28 2024 00:02:17 | American Express Platinum, P.O. Box 1270, Newark, NJ 07101-1270 |
| 15069792 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 27 2024 23:45:00 | American Honda Motor Co., Inc., 1919 Torrance Blvd., Torrance, CA 90501-2746 |

Case 19-70358-JAD   Doc 52   Filed 08/29/24   Entered 08/30/24 00:31:09   Desc Imaged
Certificate of Notice   Page 7 of 9

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 27, 2024 | Form ID: pdf900 | Total Noticed: 59 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 15069796 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 27 2024 23:42:00 | Bank of America, P.O. Box 982234, El Paso, TX 79998-2234 |
| 15069797 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 27 2024 23:44:00 | Barclay Mastercard, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 15069798 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 27 2024 23:44:00 | Barclay Visa, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 15069800 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2024 23:44:00 | Boscovs, c/o Comenity Bank, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 15102774 | | Email/Text: BKPT@cfna.com | Aug 27 2024 23:42:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OH 44181-8011 |
| 15130218 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2024 23:41:56 | CVI SGP Acquisition Trust, PO Box 10587, Greenville, SC 29603-0587 |
| 15108385 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2024 00:02:31 | CVI SGP-CO Acquisition Trust, PO Box 10587, Greenville, SC 29603-0587 |
| 15075840 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 27 2024 23:41:53 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15069801 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2024 23:40:14 | Capital One Bank, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15101765 | | Email/PDF: bncnotices@becket-lee.com | Aug 27 2024 23:41:57 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15069802 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 27 2024 23:45:00 | Chrysler Credit, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 15069803 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:01:40 | Citibank Mastercard, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 15101908 | + | Email/Text: bankruptcydesk@colonialsavings.com | Aug 27 2024 23:45:00 | Colonial Savings, F.A., 2626B West Freeway, Fort Worth, TX 76102-7109 |
| 15107908 | | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2024 23:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15069805 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:01:57 | Dick's Sporting Goods, c/o Synchrony Bank, 170 West Election Road, Suite 125, Draper, UT 84020-6425 |
| 15074260 | | Email/Text: mrdiscen@discover.com | Aug 27 2024 23:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15069806 | + | Email/Text: mrdiscen@discover.com | Aug 27 2024 23:42:00 | Discover Card, P.O. Box 30666, Salt Lake City, UT 84130-0666 |
| 15069807 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2024 23:44:00 | Express, c/o Comenity Bank, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 15069808 | | Email/Text: BKPT@cfna.com | Aug 27 2024 23:42:00 | Firestone, c/o Credit First, P.O. Box 81344, Cleveland, OH 44188-0344 |
| 15083243 | ^ | MEBN | Aug 27 2024 23:35:28 | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15069809 | + | Email/Text: SAABankruptcy@fcbanking.com | Aug 27 2024 23:43:00 | First Commonwealth Bank, 601 Philadelphia Street, Indiana, PA 15701-3952 |
| 15076621 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 27 2024 23:43:00 | First National Bank of Pennsylvania, 4140 E. State St., Hermitage, PA 16148-3401 |
| 15069810 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 27 2024 23:43:00 | First National Bank of Pennsylvania, Attn: Legal Dept., 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15069811 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:01:49 | Home Depot Credit Services, c/o Citibank, P.O. Box 9001037, Louisville, KY 40290-1037 |

Case 19-70358-JAD   Doc 52   Filed 08/29/24   Entered 08/30/24 00:31:09   Desc Imaged
Certificate of Notice   Page 8 of 9

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 27, 2024 | Form ID: pdf900 | Total Noticed: 59 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15069812 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:20:57 | JC Penny, c/o Synchrony Bank, 170 West Election Road, Suite 125, Draper, UT 84020-6425 |
| 15069813 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 27 2024 23:45:00 | Kay's Jewelry, c/o Genesis Financial, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 15069814 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 27 2024 23:42:00 | Kohls Department Store, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 15076589 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2024 23:41:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15069815 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:01:48 | Lowes, c/o Synchrony Bank, 170 West Election Road, Suite 125, Draper, UT 84020-6425 |
| 15069816 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 23:41:08 | Macy's, c/o Citibank, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 15069817 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:01:55 | Mastercard, c/o Synchrony Bank, 170 West Election Road, Suite 125, Draper, UT 84020-6425 |
| 15069818 | | Email/PDF: cbp@omf.com | Aug 28 2024 00:02:21 | One Main Financial, P.O. Box 64, Evansville, IN 47701-0064 |
| 15083619 | + | Email/PDF: cbp@omf.com | Aug 28 2024 00:00:50 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15318993 | | Email/Text: peritus@ebn.phinsolutions.com | Aug 27 2024 23:45:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15109054 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2024 00:02:23 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15104892 | | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2024 23:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15104891 | | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2024 23:44:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15069819 | | Email/PDF: SoFiBKNotifications@resurgent.com | Aug 27 2024 23:42:01 | Sofi Lending, P.O. Box 654158, Dallas, TX 75265-4158 |
| 15070678 | ^ | MEBN | Aug 27 2024 23:37:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15101884 | | Email/PDF: ebn_ais@aisinfo.com | Aug 27 2024 23:41:57 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15069820 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 27 2024 23:42:00 | Verizon Wireless, ATTN: Bankruptcy Administration, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 15069821 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2024 23:44:00 | Victoria's Secret, c/o Comenity Bank, P.O. Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 54

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| cr | * | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15087900 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Colonial Savings  F.A. blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Chandra Marie Arkema | on behalf of Creditor Colonial Savings  F.A. tuhawkeye@msn.com, carkema@squirelaw.com |
| Denise Carlon | on behalf of Creditor Colonial Savings  F.A. dcarlon@kmllawgroup.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Michael John Clark | on behalf of Creditor Colonial Savings  F.A. mclark@squirelaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Terry L. Graffius | on behalf of Debtor Kevin P Stoltz tgraffius@lhrklaw.com  mbotteicher@lhrklaw.com |

TOTAL: 8